# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 11, 2007*

[Cite as *06/11/2007 Case Announcements,* 2007-Ohio-2818.]

## MOTION AND PROCEDURAL RULINGS

**2003–1572. State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On June 6, 2007, appellant filed a motion for leave to file the memorandum in support of reconsideration of this court's June 4, 2007 denial and or May 25, 2007 denial of appellant's May 21, 2007 application for leave. Upon consideration thereof,
    It is ordered by the court that the motion is denied.

**2006–2073. Bikkani v. Lee.**
Cuyahoga App. No. 88650. This cause came on for further consideration of appellees' motion for issuance of a certificate of judgment. Upon consideration thereof,
    It is ordered by the court that the motion is granted. The Clerk of this court shall issue a certificate of judgment.

**2007–1005. In re J.W.**
Franklin App. Nos. 06AP–1017 and 07AP–15, 2007-Ohio-2007. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon review of the appeal it appears that the case involves the termination of parental rights. Accordingly,
    It is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio that pertain to the termination of parental rights or adoption of a minor child. Therefore, pursuant to S.Ct.Prac.R. III(2)(A) appellee's memorandum in response shall be filed no later than 20 days from the date of filing of appellant's memorandum in support of jurisdiction.

**2007–1028. Gotel v. Gansheimer.**
Lake App. No. 2006–A–0087, 2007-Ohio-2311. This cause is pending before the court as an appeal from the Court of Appeals for Lake County. Upon consideration of appellant's motion for appointment of counsel,
    It is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

**2006–2318. State ex rel. Akers v. Custom Works Auto Body, Inc.**
Franklin App. No. 05AP–1329, 2006-Ohio-6144. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,
    It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.